UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ANGEL PENA,
A# 040-075-603,

                        Petitioner,              Case. No. 07cv7951

          - against -                     Civil Action

ANDREA QUARANTILLO, District Director,
New York District of the U.S. Citizenship and
Immigration Services; U.S. CITIZENSHIP
AND IMMIGRATION SERVICES,

                       Respondents.

-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Gardy Maisonneuve, solemnly swear under penalty of perjury:

1.    I am employed in the office of BRETZ & COVEN, LLP.

2.    On the 18th day of September 2007, I served copies of the within:

**PETITION FOR REVIEW OF THE DENIAL
OF AN APPLICATION FOR NATURALIZATION**

by Federal Express Overnight Service to:

    Andrea Quarantillo
    District Director
    U.S. Citizenship and Immigration Services
    26 Federal Plaza, 11th Floor
    New York, NY 10278

    Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530

Assistant U.S. Attorney
U.S. Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

Office of the General Counsel
Department of Homeland Security
Washington, DC 20528

Dated:   New York, New York
         September 18, 2007

By: _____
    Gardy Maisonneuve