UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ANGEL PENA,                                       :
                                                  :
                Plaintiff,           :    **ECF CASE**
                                                  :
       v.                                 :
                                                  :    07 Civ. 7951 (AKH)
ANDREA QUARANTILLO, et al.,                       :
                                                  :
                Defendants.          :    <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         October 3, 2007

                                                     Respectfully submitted,

                                                     MICHAEL J. GARCIA
                                                     United States Attorney for the
                                                     Southern District of New York

                                   By:    <u>/s/                            </u>
                                                     F. JAMES LOPREST, JR.
                                                   Special Assistant United States Attorney
                                                   86 Chambers Street, 3rd Floor
                                                   New York, New York 10007
                                                   Telephone: (212) 637-2728
                                                   Facsimile: (212) 637-2786
                                                   Email: james.loprest@usdoj.gov

TO:    David K. S. Kim, Esq.
          Bretz & Coven, LLP
          305 Broadway, Suite 100
          New York, NY 10007