MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANGEL PENA,
A# 040-075-603,                                           :

              Petitioner,                  :    DECLARATION ANNEXING
                                  ADMINISTRATIVE RECORD
            - v. -                              :
                                  07 Civ. 7951 (AKH)

ANDREA QUARANTILLO, District Director,       :
New York District of the U.S. Citizenship and
Immigration Services; and U.S. CITIZENSHIP    :
AND IMMIGRATION SERVICES,

                                :
             Respondents.
------------------------------------------------------------x

    F. JAMES LOPREST, JR., pursuant 28 U.S.C. § 1746, declares the following:

    1.    I am a Special Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York, counsel for respondents Andrea Quarantillo, District Director of the New York District of United States Citizenship and Immigration Services ("CIS"), and the CIS (collectively, "respondents" or "Government"). I am assigned to the defense of the above-captioned matter, and I submit this declaration in response to the Petition for Review of the Denial of an Application for Naturalization ("petition") of Angel Pena, Alien No. A40 075 603 ("petitioner" or "Pena").

    2.    Attached to this declaration is a true copy of the record of the administrative

proceedings underlying the CIS's August 30, 2004 decision initially denying petitioner's application to become a naturalized citizen of the United States and, upon further review, its May 15, 2007 decision finally denying petitioner's naturalization application, as compiled and certified by the CIS on January 28, 2008, with page numbers inserted and duplicate pages omitted by this Office for ease of reference.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:    February 1, 2008
           New York, New York

                                        F. JAMES LOPREST, JR.
                                        Special Assistant United States Attorney
                                        Southern District of New York
                                        86 Chambers Street, 4th Floor
                                        New York, New York 10007
                                        Tel. No.: (212) 637-2728
                                        james.loprest@usdoj.gov

TO:    DAVID K.S. KIM, ESQ.
         BRETZ & COVEN, LLP
         Attorneys for Petitioner
         305 Broadway, Suite 100
         New York, NY 10007