## BRETZ & COVEN, LLP

ATTORNEYS • ABOGADOS

KERRY WILLIAM BRETZ
ALSO ADMITTED IN CONNECTICUT AND
FLORIDA

JULES E. COVEN

EILEEN COLLINS BRETZ
ALSO ADMITTED IN NEW JERSEY

MATTHEW L. GUADAGNO

AMANDA E. GRAY

MYRIAM S. HILDENBRAND
ADMITTED IN NEW JERSEY

DAVID K.S. KIM

OLIVER H. QIU

SUSAN THORN

GARO G. KAPIKIAN
OF COUNSEL

MICHELE COVEN WOLGEL
ISRAEL
OF COUNSEL

**ORIGINAL FILED ECF**

May 20, 2007

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007

Re:   **Pena v. Quarantillo, et al., 07 Civ. 7951(AKH)**
       **JOINT REQUEST FOR ADJOURNMENT OF THE 5/23/2007 CONFERENCE**

Dear Judge Hellerstein:

A pre-trial conference for the instant case is scheduled to take place before your Honor this Friday, May 23, 2007, at 9:30 A.M. At this time, parties jointly move the Court to adjourn the upcoming conference in light of the fact that settlement in this case is near completion. The instant adjournment request is the first adjournment request by either party in this case.

Mr. James Loprest, Special Assistant United States attorney, attorney for the Defendants, informed the undersigned counsel today that the Defendant U.S. Citizenship and Immigration Services ("USCIS") has agreed to approve the Plaintiff's N-400 application for naturalization and schedule the Plaintiff's naturalization oath ceremony, which should take place during the month of June 2008. According to Mr. Loprest, USCIS informed him today that Plaintiff's naturalization oath ceremony notice would be prepared within the next few days and a copy of the notice will be forwarded to the undersigned counsel. Upon Plaintiff's naturalization, parties will file with this Court a Stipulation and Order of Dismissal, without costs to either party, subject to endorsement by the Court.

Discovery in this case, including deposition of the Plaintiff by Mr. Loprest, has been completed. Parties have entered into a civil case management plan which stipulates that all dispositive motions must be filed by May 30, 2008, and that a minimum two-hour in-person settlement discussion be taken place at the Plaintiff's counsel's office by counsel for both parties by May 23, 2008. In light of the fact that settlement in the instant case is near its completion, parties also jointly move the Court to hold in abeyance these remaining pre-trial deadlines.

Based on the foregoing, it is respectfully requested that the May 23, 2007, conference be adjourned to a later date and time the Court deems proper.

Respectfully submitted,

| | |
|---|---|
| BRETZ & COVEN, LLP<br>Attorney for the Plaintiff | MICHAEL J. GARCIA<br>United States Attorney for the<br>Southern District of New York<br>Attorney for the Defendants |
| /s/<br>David K. S. Kim<br>305 Broadway<br>Suite 100<br>New York, NY 10007<br>Telephone: (212) 267-2555<br>Facsimile: (212) 267-2129<br>Email: dkim@bretzlaw.com | /s/<br>F. James Loprest, Jr.<br>Assistant U.S. Attorney<br>86 Chambers Street<br>New York, NY 10007<br>Telephone: (212) 637-2728<br>Facsimile: (212) 637-2786<br>Email: james.loprest@usdoj.gov |

cc:

<u>Courtesy copy to Chambers
by facsimile to (212) 805-7942</u>
    Hon. Alvin K. Hellerstein
    United States District Judge
    Daniel Patrick Moynihan
    United States Courthouse
    500 Pearl St., Room 1050
    New York, NY 10007

<u>By facsimile to (212) 637-2786</u>
    F. James Loprest, Jr.
    Assistant U.S. Attorney
    Civil Division
    U.S. Attorney, SDNY
    86 Chambers Street
    New York, NY 10007