BRETZ & COVEN, LLP
By:     DAVID K.S. KIM, ESQ.
305 Broadway, Suite 100
New York, New York 10007
Tel. No.: (212) 267-2555

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ANGEL PENA, A#40 075 603,                          :

               Petitioner,               :       STIPULATION
                                                        AND ORDER

               - v. -                    :
                                                        07 Civ. 7951 (AKH)

ANDREA QUARANTILLO, et al.,                        :

               Respondents.              :
-------------------------------------------------------------------x

     IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that (1) the above-captioned action be and hereby is restored and held in abeyance until the Plaintiff is naturalized as a United States citizen upon taking the oath of allegiance to the United States, which is expected to occur within 45 days of the date of the instant stipulation, and (2) the instant action be dismissed with prejudice and without costs or attorney's fees to any party upon naturalization of the Plaintiff as a United States citizen.


Dated:  New York, New York                BRETZ & COVEN, LLP
        June 20, 2008                      Attorneys for Petitioner

                                         By:    /s/
                                                DAVID K.S. KIM, ESQ.
                                                305 Broadway, Suite 100
                                                New York, New York 10007
                                                Tel. No.: (212) 267-2555
                                                dkim@bretzlaw.com

Dated:  New York, New York                MICHAEL J. GARCIA
        June 20, 2008                      United States Attorney for the
                                         Southern District of New York
                                         Attorney for Respondents

                                         By:    /s/
                                                F. JAMES LOPREST, JR.
                                                Special Assistant United States Attorney
                                                86 Chambers Street, 4th Floor
                                                New York, New York 10007
                                                Tel. No.: (212) 637-2728
                                                james.loprest@usdoj.gov

SO ORDERED:

_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE