UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
ANGEL PENA,  :
 :  **ORDER OF DISMISSAL**
                       Petitioner,  :
 :  07 Civ. 7951 (AKH)
  -against-  :
 :
ANDREA QUARANTILLO, et al.,  :
 :
                     Respondents.  :
-------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

      Whereas the parties have agreed and settled upon the terms of agreement, the action is dismissed, subject to restoration if plaintiff's naturalization as a United States citizen is not completed within the next 45 days.

      SO ORDERED.

Dated:     June 24, 2008
             New York, New York

                                                         ALVIN K. HELLERSTEIN
                                                         United States District Judge

1